## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Leonard Sokolow, as Trustee of the Leonard J. and Sharon R. Sokolow Revocable Trust 4/18/18 (the "Trust"), hereby certify:

1. I have reviewed the complaint and authorize its filing and the filing of lead plaintiff motion papers on behalf of myself and the Trust.

2. I am duly authorized to institute legal action on the Trust's behalf, including legal action regarding investments in the Infinity Q Diversified Alpha Fund (the "Fund").

3. I and the Trust are willing to serve as representative parties on behalf of a Class of investors in the Infinity Q Diversified Alpha Fund (the "Fund"), including providing testimony at deposition and trial, if necessary.

4. My and the Trusts' transactions in the Fund during the Class Period and relating to shares held at the end of the Class Period are set forth in the attached **Schedule A**.

5. I and the Trust did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

6. I and the Trust have not sought to serve as a representative party or lead plaintiff on behalf of a class in any private actions arising under the federal securities laws and filed during the three-year period preceding the date on which this certification is signed.

7. I and the Trust will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at   Boca Raton, FL  . (City, State)

04/27/2021

DATE                                                                                SIGNATURE

# Schedule A

**INFINITY Q DIVERS ALPHA-INV**     Ticker:     **IQDNX**     Cusip:     **89832P705**

**Leonard J Sokolow and Sharon R Sokolow Trust**

| Purchases: | DATE | SHARES | PRICE |
|---|---|---|---|
| | 7/18/2016 | 1,044 | $9.97 |
| | 1/31/2020 | 18,702 | $12.03 |