# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARD SOKOLOW, AS TRUSTEE OF THE LEONARD J. AND SHARON R. SOKOLOW REVOCABLE TRUST 4/18/18, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>TRUST FOR ADVISED PORTFOLIOS, INFINITY Q CAPITAL MANAGEMENT, LLC, CHRISTOPHER E. KASHMERICK, JOHN C. CHRYSTAL, ALBERT J. DIULIO, S.J., HARRY E. RESIS, RUSSELL B. SIMON, LEONARD POTTER, and JAMES VELISSARIS,<br><br>                    Defendants. | Case No. 1:21-cv-02317-FB-RLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Leonard Sokolow, as trustee of the Leonard J. and Sharon R. Sokolow Revocable Trust dated April 18, 2018 ("Plaintiff"), files this notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not filed an answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on, or including, the same claims as presented in this action. This dismissal is without prejudice. Each party is to bear its own costs and fees.

DATED: May 10, 2021

                                                  **SCOTT+SCOTT**
                                                  **ATTORNEYS AT LAW LLP**

                                                  */s/ Thomas L. Laughlin, IV*
                                                  Thomas L. Laughlin, IV
                                                  Rhiana L. Swartz
                                                  The Helmsley Building
                                                  230 Park Avenue, 17th Floor

New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Plaintiff Leonard Sokolow*

Michael E. Criden
Lindsey C. Grossman
**CRIDEN & LOVE, P.A.**
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
mcriden@cridenlove.com
lgrossman@cridenlove.com

*Additional Counsel for Plaintiff Leonard Sokolow*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                  */s/ Thomas L. Laughlin, IV*
                                                    Thomas L. Laughlin, IV